# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: ORDER VACATING       :  NO. 646

                                    :

REAPPOINTMENT TO THE CIVIL    :  CIVIL PROCEDURAL RULES DOCKET

                                    :

PROCEDURAL RULES COMMITTEE  :

                                    :

                                    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2016, the Order of April 12, 2016 (No. 637 Civil Procedural Rules Docket) is **VACATED IN PART** to the extent that it reappoints Jarad W. Handelman, Esquire, Montgomery County, as a member of the Civil Procedural Rules Committee for a term of three years commencing June 30, 2016.